CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VU DUC NGUYEN,<br><br>            Plaintiff,<br><br>   v.<br><br>ELLEN JENKINS, Acting Director, United States Citizenship and Immigration Services, San Jose Field Office, *et al.*<br><br>            Defendants. | Case No. 5:25-cv-08222-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before January 5, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 6. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or January 29, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment by March 1, 2026.

| | | |
|---|---|---|
| 1 | Dated: December 2, 2025 | Respectfully submitted[1], |
| 2 | | CRAIG H. MISSAKIAN<br>United States Attorney |
| 3 | | |
| 4 | | /s/ Molly A. Friend<br>MOLLY A. FRIEND |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated: December 2, 2025 | |
| 8 | | /s/ Nguyen D. Luu<br>NGUYEN D. LUU<br>Luu Law, PC. |
| 9 | | Attorney for Plaintiff |

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 3, 2025

HON. EDWARD J. DAVILA
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:25-cv-08222-EJD          2