CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VU DUC NGUYEN,<br><br>                    Plaintiff,<br><br>         v.<br><br>ELLEN JENKINS, Acting Director, United States Citizenship and Immigration Services, San Jose Field Office, *et al.*<br><br>                    Defendants. | Case No. 5:25-cv-08222-EJD<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND** ~~**[PROPOSED]**~~ **ORDER** |

        On December 3, 2025, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting a due date for Defendants' response as January 5, 2025. *See* Dkt. 14.  Plaintiff and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiff's complaint and set a due date for February 4, 2026. The parties make this request because the agency needs an additional brief period of time to prepare their response.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment by March 31, 2026.

1   Dated: January 5, 2026                    Respectfully submitted[1],

2                                             CRAIG H. MISSAKIAN
                                              United States Attorney
3

4                                             _/s/ Molly A. Friend_____
                                              MOLLY A. FRIEND
5                                             Assistant United States Attorney
                                              Attorneys for Defendants
6

7   Dated: January 5, 2026

8                                             _/s/ Nguyen D. Luu_____
                                              NGUYEN D. LUU
9                                             Luu Law, PC.
                                              Attorney for Plaintiff
10

11

12                          ~~[PROPOSED]~~ ORDER

13          Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date:  January 6, 2026

16                                            HON. EDWARD J. DAVILA
                                              United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28  [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories
    listed herein concur in the filing of this document.
    Stipulation to Extend
    Case No. 5:25-cv-08222-EJD            2

### DECLARATION OF MOLLY A. FRIEND

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.      On December 3, 2025, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting a due date for Defendants' response as January 5, 2025.  Dkt. 14.

3.      My office has been conferring with the agency regarding this case, and we determined that Defendants need an additional brief period of time to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an additional extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  January 5, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney