IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

VU DUC NGUYEN,

Petitioner,

v.

ELLEN JENKINS, *in her official capacity as Acting Director of the San Jose, CA U.S. Citizenship and Immigration Services Field Office*, *et al.*,

Defendants.

Case No.: 5:25-cv-08222-EJD

**~~[PROPOSED]~~ ORDER MODIFYING CASE MANAGEMENT ORDER (ECF No. 34)**

Honorable Edward J. Davila
United States District Judge

**~~[PROPOSED]~~ ORDER**

IT IS HEREBY ORDERED that the parties' Stipulated Request for an Order Changing Time under L.R. 6-2 and Stipulated Request for Relief from Case Management Schedule under L.R. 16-2(d) at ECF No. 36 is GRANTED.

The Court HEREBY GRANTS the parties' Stipulated Request to modify ECF No. 34 as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cut-Off: | October 14, 2026 | January 29, 2027 |
| Deadline to file Motions for Summary Judgment: | October 28, 2026 | February 12, 2027 |

This Order supersedes all previously ordered case deadlines in this case.

Issued this 13 day of October, 2026.

Edward J. Davila
United States District Court Judge